# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BELFOR USA GROUP, INC.** | § | **PLAINTIFF** |
| v. | § | Civil No. 1:07CV586-HSO-JMR |
| **IMPERIAL DRYWALL, LLC** | § | **DEFENDANT** |
| | § | |
| **IMPERIAL DRYWALL, LLC** | § | **COUNTER-CLAIMANT** |
| v. | § | |
| **BELFOR USA GROUP, INC.** | § | **COUNTER-DEFENDANT** |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury on the 8th day of April, 2009, and concluded on the 10th day of April, 2009, Honorable Halil Suleyman Ozerden, United States District Judge, presiding, and the issues having been duly tried and the jury having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, retired to consider their verdict and return upon their oaths, into open Court, the following unanimous verdict, to wit:

**Question Number One**:
Do you find by clear and convincing evidence that Defendant Imperial Drywall, LLC, falsely and knowingly filed the Stop Notice without just cause?

Yes _____
No    X

*Regardless of your answer to Question 1, please proceed to Question 2.*

**Question Number Two**:
Do you find by a preponderance of the evidence that Plaintiff Belfor USA Group, Inc., breached the Work Agreement and/or the Master Subcontractor Agreement with Defendant Imperial Drywall, LLC?

Yes    __X__
No    _____

*If you answered "No" to Question 2, then you should skip Question 3, and proceed to Part II on the last page. If you answered "Yes" to Question 2, then proceed to Question 3.*

**Question Number Three:**
What amount of money, if any, do you find would adequately compensate Defendant Imperial Drywall, LLC, for its damages, if any?
Answer in dollars and cents, for damages, if any, or answer "none."

Compensatory damages: $ 47,000.00

*Proceed to Part II on the last page.*

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Defendant Imperial Drywall, LLC, shall recover from Plaintiff Belfor USA Group, Inc., compensatory damages in the total amount of $47,000.00 plus costs.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that all claims by Plaintiff Belfor USA Group, Inc., against Defendant Imperial Drywall, LLC, are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 10th day of April, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE